FILED
2022 May-11 PM 04:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| SC AMERICA, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION FILE NO. |
| MARCO'S FRANCHISING, LLC, ) | |
| ) | _____ |
| Defendant. ) | |
| ) | |

## DECLARATION OF MS. ASHLEY WEIS

I, Ashley Weis, state as follows:

1. My name is Ashley Weis. I am Corporate Counsel for Defendant Marco's Franchising, LLC. I have personal knowledge of the facts stated in this Declaration, and the facts stated herein are true and accurate.

2. Defendant Marco's Franchising, LLC is a limited liability company organized under the laws of the State of Ohio. Marco's Franchising, LLC maintains its principal place of business at 5252 Monroe Street, Toledo, Ohio 43623.

3. Marco's Franchising, LLC is wholly owned by Marco's Pizza Holdings, LLC, which is organized under the laws of the State of Delaware. Marco's Pizza Holdings, LLC maintains its principal place of business at 5252 Monroe Street, Toledo, Ohio 43623.

4. Marco's Pizza Holdings, LLC is owned by individuals, trusts, limited partnerships, and corporations, who are citizens (by residency, place of organization and principal place of business) of Indiana, Florida, Utah, Ohio, Kentucky, Rhode Island, South Dakota, California, Michigan and Tennessee. In addition, Marco's Pizza Holdings, LLC is in part owned by the following limited liability companies who are citizens (by residency, place of organization and principal place of business) of Texas, Michigan, Ohio, Colorado, California, Florida, Kentucky, Illinois, South Carolina, Nevada, New Jersey and Georgia: 321 North, LLC, FL-3 Holdings, LLC, GDLM, LLC, Hoogland Foods, LLC, MDH Holdings, LLC, TMW Consulting Services, LLC, and MP Management #2, LLC. None of the members or ultimate owners of Marco's Franchising, LLC or Marco's Pizza Holdings, LLC are citizens of Alabama.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct this 11th day of May, 2022.

_____
Ms. Ashley Weis

A notary is not required pursuant to 28 U.S.C. § 1746.

#121475v2