# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| SC AMERICA, LLC | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) CIVIL ACTION FILE NO. |
| MARCO'S FRANCHISING, LLC, | )<br>) 1:22-cv-00610-RDP |
| Defendant. | )<br>) |

## **PLAINTIFFS MOTION TO DISMISS**

**COMES NOW**, Counsel for the above named Plaintiff and files this above entitled motion and for cause would show the following:

1.) Based on recent developments, the issues presented in the Plaintiffs State Court claim are now moot therefore the plaintiff wishes to dismiss the current federal court action without prejudice. So moved.

This 1st day of June, 2022.

May Legal Group LLC, LLC

/s/ *Edward E. May II*

Edward E. May, II (MAY038)
420 20th Street North – Suite 2260
Birmingham, AL 35203

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the Court's Electronic Filing System, which will automatically send notification of such filing to all counsel of record registered with the Court's Electronic Filing System, as noted below.

Leslie K. Eason
Jeremy W. Richter
420 20th Street North – Suite 2200
Birmingham, AL 35203
leason@grsm.com
jricther@gsrm.com
Phone: (205) 980-8200
Fax: (205) 383-2816
*Attorneys for Defendant Marco's Franchising, LLC*